IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

BY FAITH PRODUCTIONS, INC., individually and d/b/a Maaco Collision Repair & Auto Painting; ADA HAU, individually and as Trustee of the Real property commonly known as 777 Elmira Rd., Vacaville, CA 95687,

        Defendants.

2:09-cv-3161-GEB-EFB

<u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

        Plaintiff states in his Status Report filed February 25, 2010, that "Defendants have been served, but have not answered" and that "[a] Request for Entry of Default has been filed as to Defendant By Faith Productions, Inc." Plaintiff states he "anticipates a motion [for default judgment ("motion") as to By Faith] in May 2010." Plaintiff also states that "Defendant Ada Hau has been granted an extension until March 1, 2010 to respond."

        Since no defendant has responded to Plaintiff's complaint, Plaintiff shall file a default motion before the Magistrate Judge no later than 4:00 p.m. on May 5, 2010, or alternatively shall show cause in writing no later than 4:00 p.m.

1

on May 5, 2010 why this case should not be dismissed for failure of prosecution.

Therefore, the status conference scheduled for March 15, 2010, is continued to commence at 9:00 a.m. on May 24, 2010. A Status Report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment matter, unless a defendant has responded to the complaint. If a defendant has responded to the complaint, Plaintiff shall also explain the status of the case as to that defendant.

Dated: March 10, 2010

GARLAND E. BURRELL, JR.
United States District Judge